THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

TODD TURNER,

      Plaintiff,

v.

AETNA LIFE INSURANCE CO., and
FEDERAL EXPRESS SHORT-TERM
DISABILITY PLAN,

      Defendants.

Civil Action No.: 2:18-cv-01478-JLR

**ORDER OF VOLUNTARY DISMISSAL**

    Pursuant to the parties' stipulation, this case shall be Dismissed ***with Prejudice*** against all Defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 15.)  Each party shall bear its own costs and attorneys' fees in connection with this action.

    IT IS SO ORDERED.

DATED: 11 July 2019

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER FOR VOLUNTARY
DISMISSAL
(2:18-cv-01478-JLR)
PAGE 1 OF 2

1  Presented by:

2

3  /s/ Daniel R. Fjelstad
   Daniel R. Fjelstad
4  Attorney for Plaintiff
   Todd Turner
5

6  /s/ Ahsaki E. Baptist
   Ahsaki E. Baptist
7  Attorney for Defendants
8  Aetna Life Insurance Company and
   Federal Express Short-Term Disability Plan
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  ORDER FOR VOLUNTARY
    DISMISSAL
28  (2:18-cv-01478-JLR)
    PAGE 2 OF 2